UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
CHARLOTTE JACKSON,
Plaintiff,

v.

Civil Action
1:26-cv-4051-NCM

FRANK BISIGNANO,
*Commissioner of Social Security,*
Defendant.
----------------------------------------------------X

**STIPULATION AND ORDER FOR REMAND**

The parties, through their attorneys, stipulate and agree that this Court reverse and remand the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that on remand the Commissioner will further consider the opinion evidence and prior administrative medical findings in accordance with the applicable regulations; further consider the claimant's residual functional capacity; offer the claimant the opportunity for a new hearing; take any further action needed to complete the administrative record; and issue a new decision.

The Clerk of Court is directed to enter final judgment on the complaint in favor of plaintiff, reversing the final decision of the Commissioner.

*/s/ Celia Goble*
Celia Goble
The Legal Aid Society
111 Livingston Street, 7th Floor
Brooklyn, NY 11201
cgoble@legal-aid.org

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

*By: /s/ Michael L. Henry*
Michael L. Henry
Special Assistant United States Attorney
Michael.L.Henry@ssa.gov

**SO ORDERED:**

*/s/ Natasha C. Merle* November 6, 2026
**HON. NATASHA C. MERLE**
**UNITED STATES DISTRICT JUDGE**